# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| **MARK DEW,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | )    **No. 3:11-cv-262** |
| **v.** | ) |
| | ) |
| **REBECCA ASHFORD, et al,** | ) |
| | ) |
|     **Defendants.** | ) |

___

## STIPULATION OF DISMISSAL
___

Come now the parties to the above referenced lawsuit, pursuant to Federal Rule of Civil Procedure 41, and stipulate to the dismissal of this case with prejudice as the case has been settled to the satisfaction of all parties. Each party agrees to bear and assume its own costs.

Done this the _____ day of _____, 2013.

1

APPROVED FOR ENTRY:

s/ Andrew Fox
W. Andrew Fox, BPR #017356
GILBERT & FOX
625 S. Gay Street, Suite 540
Knoxville, TN 37902

ROBERT E. COOPER, JR.
ATTORNEY GENERAL AND REPORTER

 s/ Melissa Brodhag
Melissa Brodhag, BPR #021133
Assistant Attorney General
Civil Litigation and State Services Division
Attorney for Defendants
Post Office Box 20207
Cordell Hull Building, 2nd Floor
Nashville, TN  37202
Telephone: (615) 741-6429
Facsimile: (615) 741-7327

2

Case 3:11-cv-00262-TWP-CCS   Document 13   Filed 06/07/13   Page 2 of 2   PageID #: 175

APPROVED FOR ENTRY:

s/ Andrew Fox
W. Andrew Fox, BPR #017356
GILBERT & FOX
625 S. Gay Street, Suite 540
Knoxville, TN 37902

ROBERT E. COOPER, JR.
ATTORNEY GENERAL AND REPORTER

 s/ Melissa Brodhag
Melissa Brodhag, BPR #021133
Assistant Attorney General
Civil Litigation and State Services Division
Attorney for Defendants
Post Office Box 20207
Cordell Hull Building, 2nd Floor
Nashville, TN  37202
Telephone: (615) 741-6429
Facsimile: (615) 741-7327