IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

MARK DEW, )
)
    Plaintiff, )
) No. 3:11-cv-262
v. )
)
REBECCA ASHFORD, et al, )
)
    Defendants. )

## FINAL ORDER OF DISMISSAL

The Court, having received and reviewed the parties' stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41, does hereby ORDER that this case is dismissed with prejudice. Each party will bear and assume its own costs.

Done this the 11th day of JUNE, 2013.

*Thomas H. Phillips*

United States District Judge